**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SULTAN ABDULLAH ABDULLAH ABAIYAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN EDWARD MCFADDEN; *et al.*,<br><br>Respondents. | ) | 3:26-CV-1719 |

**ORDER**

Before the Court is Mr. Abaiyan's Motion to Enforce Habeas Corpus Order (ECF 10). The Court has taken the motion under consideration, but cannot make a finding as to the fairness of Mr. Abaiyan's bond hearing without first reviewing the transcript of that proceeding.

Accordingly, **IT IS ORDERED** that Mr. Abaiyan shall file the official transcript of his bond hearing, which was held on October 30, 2026, by no later than **December 7, 2026.** It is the Court's understanding that copies of hearing transcripts can be obtained by submitting a Request for Record of Proceedings (ROP) to the immigration court in which the hearing was held. More detailed directions as to making an ROP request can be found online at https://www.justice.gov/eoir/ROPrequest.

If Mr. Abaiyan is absolutely unable to obtain a copy of the transcript, he shall provide notice of such to the Court by **December 7, 2026**, including details of his efforts to make the necessary ROP request.

DATED this 16th day of November, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Sultan Abdullah Abdullah Abaiyan
A221-389-279
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866